IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. PETER TAGUE : | |
| : | C.A. NO. 07-385 (BPT) |
| On Behalf Of Himself And All : | |
| Others Similarly Situated, : | |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| INTERNATIONAL MERCHANT : | |
| SOLUTIONS, LLC : | |
| : | |
| Defendant. : | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff T. Peter Tague, by his undersigned counsel, and Defendant International Merchant Solutions LLC, by its undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice as to the individual claims of T. Peter Tague and without prejudice as to the claims of the putative class members, if any. This action has not been certified as a class action, nor has a motion for class certification been filed.

Respectfully submitted,

By: /s Darren M. Baldo_____
Darren M. Baldo
DARREN M. BALDO, ESQ. LLC
4093 Quakerbridge Road, 1st Fl.
Princeton Junction, NJ 08550
(609) 799-0090
(609) 799-0095 (fax)

Counsel for Defendant
International Merchant Solutions LLC

By: /s Ann M. Caldwell
Ann M. Caldwell (AMC1953)
CALDWELL LAW OFFICE LLC
108 W. Willow Grove Ave., Ste. 300
Philadelphia, PA 19118
(215) 248-2030
(215) 248-2031 (fax)

Counsel for Plaintiff
T. Peter Tague